# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HOPE ABRAMS, | |
| Plaintiff, | Case No. 2:17-cv-00581-APG-GWF |
| vs. | **ORDER** |
| WAL-MART STORES, INC., | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Compel Deposition of Plaintiff (ECF No. 17), filed on July 19, 2017. In light of the parties' Notice of Settlement (ECF No. 25), the Court will deny Defendant's motion without prejudice. If the settlement is not finalized, Defendant may refile its motion. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Compel Deposition of Plaintiff (ECF No. 17) is **denied**, without prejudice.

**IT IS FURTHER ORDERED** that the parties shall either file settlement documents or a status report regarding settlement within 60 days from the date of this order.

DATED this 5th day of September, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge